FILED ENTERED
LODGED RECEIVED

APR 23 2014

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

LMF: USAO 2014R00276

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | 14 CR 0192 |
| | * | |
| **v.** | * | **CRIMINAL NO.** |
| | * | |
| **DOUGLAS WEBB,** | * | **(Failure to Register as a Convicted Sex Offender, 18 U.S.C. § 2250(a))** |
| | * | |
| **Defendant** | * | |
| | * | |

*******

**INDICTMENT**

**COUNT ONE**

The Grand Jury for the District of Maryland charges that:

Between on or about June 23, 2010 and on or about April 23, 2014, in the District of Maryland and elsewhere, the defendant,

**DOUGLAS WEBB,**

an individual required to register under the Sex Offender Registration and Notification Act (SORNA) by reason of a conviction for attempted second degree sex abuse under the laws of the District of Columbia, and an individual who traveled in interstate or foreign commerce after being required to register, did knowingly fail to register and update a registration as required by SORNA.

18 U.S.C. § 2250(a)

Rod J. Rosenstein
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

Foreperson

4/23/2014
Date